UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BALALLAN LIMITED,

                        Plaintiff,

          - against -

GREEN OASIS ENVIRONMENTAL, INC.,
G.O.E. ENTERPRISES, INC., and
WILLIAM D. CARRAWAY

                        Defendants.
-----------------------------------------------------------X

ORDER

06 CV 5959 (RJD)(VVP)

DEARIE, Chief Judge.

This Court has reviewed the Report & Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated March 11, 2008. No objections have been filed.

The recommendation is adopted without qualification. Judgment should therefore be entered against the defendant accordingly.

The Clerk of the Court is hereby directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       March 2Y, 2008

                                              s/ Judge Raymond J. Dearie
                                              RAYMOND J. DEARIE
                                              United States District Judge